DANIEL O. BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
ALEC JOHNSON (Cal. Bar No. 270960)
Email: johnsonstu@sec.gov
ROBERT C. STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ENG TAING AND TOUZI CAPITAL, LLC,<br><br>Defendants. | Case No. 3:24-cv-02179-CAB-VET<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION** |

1  PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission
2  ("SEC") is represented in this case by the following attorneys:
3  Daniel O. Blau, Esq. (Cal. Bar No. 305008)
   Alec Johnson, Esq. (Cal. Bar No. 270960)
4  Robert C. Stillwell, Esq. (Cal. Bar No. 308630)
   Peter F. Del Greco, Esq. (Cal. Bar No. 164925)
5  Jasmine M. Starr, Esq. (Cal. Bar No. 259473)
   Los Angeles Regional Office
6  Securities and Exchange Commission
   444 S. Flower Street, Suite 900
7  Los Angeles, CA 90071
   johnsonstu@sec.gov
8  stillwellc@sec.gov
   delgrecop@sec.gov
9  starrja@sec.gov
   Phone: (323) 965-3998
10 Fax: (213) 443-1904

11

12 We request that the following attorneys be removed from the docket of this
13 case; at least one member of the agency named above and at least one member of the
14 bar of this Court, will continue to serve as counsel of record for the party indicated.
15 We request that the Clerk update the docket to remove the below attorneys as
16 counsel of record for the SEC:

17 **Alec Johnson, Esq. (Cal. Bar No. 270960)**
   **Peter F. Del Greco, Esq. (Cal. Bar No. 164925)**
18 Los Angeles Regional Office
   Securities and Exchange Commission
19 444 S. Flower Street, Suite 900
   Los Angeles, CA 90071
20 johnsonstu@sec.gov
   delgrecop@sec.gov
21 Phone: (323) 965-3998
   Fax: (213) 443-1904

22 Dated: July 1, 2025                     Respectfully submitted,

23                                          */s/ Alec Johnson*
24                                          ALEC JOHNSON
25                                          DANIEL O. BLAU
                                            JASMINE M. STARR
26                                          ROBERT C. STILLWELL
                                            Attorneys for Plaintiff
27                                          Securities and Exchange Commission
28

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On July 1, 2025, I caused to be served the document entitled **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 1, 2025              /s/ *Alec Johnson*
                                Alec Johnson

*SEC v. Eng Taing and Touzi Capital, LLC*
**United States District Court—Southern District of California**
**Case No. 3:24-cv-02179-CAB-VET**

# SERVICE LIST

Rusty J. O'Kane, Esq.
Jeffrey L. Mills, Esq.
Christopher E. Kirkpatrick, Esq.
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Email:  rusty.okane@wickphillips.com
Email:  jeff.mills@wickphillips.com
Email:  chris.kirkpatrick@wickphillips.com
*Attorneys for Defendants Eng Taing and Touzi Capital, LLC*

Kenneth P. Herzinger, Esq.
Kelsey McQuilkin, Esq.
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Email:  kennethherzinger@paulhastings.com
Email:  kelseymcquilkin@paulhastings.com
*Attorneys for Defendants Eng Taing and Touzi Capital, LLC*

Adam Fee, Esq.
Paul Hastings LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Email:  adamfee@paulhastings.com
*Attorney for Defendants Eng Taing and Touzi Capital, LLC*

Vince Faridani
8471 Strom Park Drive
Melbourne, FL 32940
Email:  vfaridani@hotmail.com
*Pro Se Movant*