Kenneth P. Herzinger (SBN 209688)
Kelsey R. McQuilkin (SBN 340288)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
kennethherzinger@paulhastings.com
kelseymcquilkin@paulhastings.com

*Attorneys for Defendants*
ENG TAING and TOUZI CAPITAL, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

ENG TAING AND TOUZI CAPITAL, LLC,

Defendants.

Case No. 3:24-cv-2179-CAB-BJW

**JOINT MOTION FOR PROTECTIVE ORDER**

In the interest of protecting confidential information from improper disclosure, the undersigned hereby jointly move for the entry of the following Protective Order ("Order") issued pursuant to Fed. R. Civ. Proc. R. 26(c), attached hereto as Exhibit 1. This proposed Order is drafted and submitted to this Court in accordance with the applicable Local Rules and required provisions of the Court's Civil Chambers Rules. The parties respectively move the Court to enter the Order.

DATED: September 29, 2025

PAUL HASTINGS LLP

By: */s/ Kenneth P. Herzinger*
KENNETH P. HERZINGER
KELSEY R. MCQUILKIN

*Attorneys for Defendants*
ENG TAING and TOUZI CAPITAL, LLC

DATED: September 29, 2025

SECURITIES AND EXCHANGE COMMISSION

By: */s/ Daniel O. Blau*
DANIEL O. BLAU
JASMINE M. STARR

*Attorneys for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Kenneth P. Herzinger, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

DATED: September 29, 2025

*<u>/s/ Kenneth P. Herzinger</u>*
Kenneth P. Herzinger