UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>v.<br><br>ENG TAING AND TOUZI CAPITAL, LLC,<br><br>                                    Defendants. | Case No.:  24-CV-02179-CAB-BJW<br><br>**AMENDED SCHEDULING ORDER** |

  Following the parties' Joint Motion Regarding Case Schedule, and good cause appearing, the original Scheduling Order (ECF No. 39) is modified as follows:

\\

\\

\\

\\

\\

| Case Event | Original Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | December 2, 2025 | March 2, 2026 |
| Mandatory Settlement Conference | December 16, 2025 | March 13, 2026, at 9:30 AM before Magistrate Judge Brian J. White |
| Designation of Experts | January 2, 2026 | April 2, 2026 |
| Designation of Rebuttal Experts | January 16, 2026 | April 16, 2026 |
| Compliance with Disclosure Provisions in Fed. R. Civ. P. 26(a)(2)(A) and (B). | February 17, 2026 | May 18, 2026 |
| Supplemental Disclosure Regarding Contradictory or Rebuttal Evidence under Fed. R. Civ. P. 26(a)(2)(D) and 26(e) | March 3, 2026 | June 3, 2026 |
| Close of Expert Discovery | April 3, 2026 | July 3, 2026 |
| Deadline for all pre-trial motions, other than *Daubert* motions, motions to amend or join parties, or motions *in limine* | May 4, 2026 | August 7, 2026 |
| Deadline for *Daubert* motions | May 4, 2026 | August 7, 2026 |
| Compliance with pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) | August 7, 2026 | November 13, 2026 |
| Deadline to meet and confer and prepare a proposed pretrial order | August 14, 2026 | November 20, 2026 |
| Deadline for Plaintiff to provide opposing counsel with the proposed pretrial order | August 21, 2026 | December 4, 2026 |
| Deadline to serve and lodge Proposed Final Pretrial Conference Order with assigned district judge's chambers | August 28, 2026 | December 11, 2026 |
| Final Pretrial Conference | September 4, 2026 | December 18, 2026, at 2:00 PM before District Judge Cathy Ann Bencivengo |

| Trial | October 5, 2026 | January 25, 2027, at 8:45 AM |

**IT IS SO ORDERED.**

Dated: November 12, 2025.

Hon. Brian J. White
United States Magistrate Judge