Kenneth P. Herzinger (SBN 209688)
Kelsey R. McQuilkin (SBN 340288)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
kennethherzinger@paulhastings.com
kelseymcquilkin@paulhastings.com

*Attorneys for Defendants*
ENG TAING and TOUZI CAPITAL, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENG TAING AND TOUZI CAPITAL, LLC,<br><br>Defendants. | CASE NO. 3:24-cv-2179-CAB-BJW<br><br>**DECLARATION OF KENNETH P. HERZINGER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND TO CONSIDER DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: February 20, 2026<br>Courtroom: 15A<br>Judge: Hon. Cathy Ann Bencivengo<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

I, Kenneth Herzinger, declare as follows:

1. I am an attorney with the law firm of Paul Hastings, LLP, counsel of record for Defendants Eng Taing ("Taing") and Touzi Capital, LLC ("Touzi Capital") (together "Defendants"). I am duly admitted to practice law before all Courts of the State of California and this Court. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PECC Fund I, LLC Form D filed with the United States Securities and Exchange Commission on August 18, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Teracel Blockchain Fund LLC Form D filed with the United States Securities and Exchange Commission on May 20, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Teracel Blockchain Fund II, LLC Form D filed with the United States Securities and Exchange Commission on August 18, 2021.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Touzi Data Technology, LLC Form D filed with the United States Securities and Exchange Commission on August 8, 2022.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Touzi Mining Invest II, LLC Form D filed with the United States Securities and Exchange Commission on July 15, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Touzi Gem Inv, LLC Form D filed with the United States Securities and Exchange Commission on December 16, 2022.

8. Attached hereto as Exhibit 7 is a true and correct copy of a Private Placement Memorandum, including its Appendix B: Subscription Agreement, of a BTC Fund III entity, Touzi Data Technology, LLC, dated October 1, 2021.

9. Attached hereto as Exhibit 8 is a true and correct copy of a BTC Fund III PowerPoint presentation, titled "Bitcoin Mining Fund III: Touzi Data Tech."

10. Attached hereto as Exhibit 9 is a true and correct copy of a PECC Fund III PowerPoint presentation, titled "Private Equity Consumer Credit: PECC Fund III."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Francisco, California on January 16, 2026.

By:   */s/ Kenneth P. Herzinger*
     KENNETH P. HERZINGER

# INDEX TO EXHIBITS

**DECLARATION OF KENNETH P. HERZINGER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND TO CONSIDER DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL JUDMENT ON THE PLEADINGS**

| **Exhibit** | **Document** | **Page** |
|---|---|---|
| 1 | PECC Fund I LLC Form D | 1-6 |
| 2 | Teracel Blockchain Fund, LLC Form D | 7-12 |
| 3 | Teracel Blockchain Fund II, LLC Form D | 13-18 |
| 4 | Touzi Data Technology, LLC Form D | 19-24 |
| 5 | Touzi Mining Invest II, LLC Form D | 25-31 |
| 6 | Touzi Gem Inv, LLC Form D | 32-37 |
| 7 | Touzi Data Technology Private Placement Memorandum | 38-154 |
| 8 | BTC Fund III PowerPoint presentation | 155-181 |
| 9 | PECC Fund III PowerPoint presentation | 182-194 |