# EXHIBIT 8

EXHIBIT 8
Page 155



# BITCOIN MINING FUND III

## Touzi Data Tech

EXHIBIT 8
Page 156

2

# CONTENTS

03    Confidentiality & Disclaimer

04    Investment Overview

05    Why Bitcoin

06    Why Bitcoin Mining

07    Investment Offering

13    Mining Infrastructure

20    Project Timeline

23    Appendix: Bitcoin & Mining Basics



TOUZICAPITAL

EXHIBIT 8
Page 157

# CONFIDENTIALITY & DISCLAIMER

**3**

This presentation does not constitute a recommendation, an offer to sell, or a solicitation of an offer to purchase any securities and may not be relied upon to evaluate the merits of investing in the securities described herein. An offer to invest will only be made only by means of a confidential private placement memorandum ("PPM") to be furnished to prospective qualified investors, which will contain a description of the material terms (including, without limitation, risk factors, conflicts interests, fees and expenses, and tax aspects) relating to the fund.  Prospective investors should review the PPM before deciding to invest and should only rely on the PPM to decide whether to invest.

The description of the fund contained in this presentation and any other materials provided to you in connection with the fund are intended only for informational purposes. The information is not intended to provide, and should not be relied upon for, tax, legal, accounting, or other advice or investment recommendations. You should consult your tax, legal, accounting, or other advisors about the issues discussed herein. The descriptions contained herein are a summary of certain terms and are not intended to be complete. Although this presentation is based upon information the Fund's manager considers reliable, the manager does not guarantee that this presentation is accurate, current, or complete, and it should not be relied upon as such.

This presentation is confidential and intended solely for the information of the person to whom it has been delivered.  Recipients may not reproduce this presentation for, or transmit them to, third parties. This presentation is not intended for distribution to or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

The investment program of the fund is speculative and involves a high degree of risk. Identifying and making successful portfolio investments can be difficult, and the fund may not be able to find sufficient opportunities. The fund's performance may be volatile. There can be no assurance that the fund's investment objectives will be achieved. The fund's management fees, incentive allocations, and other expenses may offset or exceed profits from the fund's investments. An investor could lose all or a substantial amount of its investment in the fund. The fund has very limited liquidity. No secondary market for interests in the fund is expected to develop and there are severe restrictions on an investor's ability to withdraw or transfer interests in the fund.

Although the targeted returns included in this presentation have been reviewed by the manager of the fund and are based on its reasonable assumptions, such targeted returns should not be regarded as a representation or warranty that they will actually be achieved, and the fund and its manager disclaim any liability that may be based on such targeted returns, or on errors or omissions relating to such targeted returns. Distributions are not guaranteed and are based on available cash flow. The past performance information of the fund is not necessarily indicative of future results, and there can be no assurance that the fund will achieve its investment objectives or results similar to the prior investment results of the fund.

 TOUZICAPITAL

EXHIBIT 8
Page 158

# INVESTMENT OVERVIEW

**4**

 Opportunity to participate in the Bitcoin future at a significant discount and downside protection.

 Touzi will invest in bitcoin mining operations at scale.

 Investing in Immersion Cooling Technology to increase productivity of Miners

 Secured 1000 Bitmain S19j's ASIC miners at an attractive price.

 Fixed low cost energy contract that provides predictable costs at scale.



TOUZICAPITAL

EXHIBIT 8
Page 159

# WHY BITCOIN NOW?

5

 Wider Institutional Adoption

 Increased Consumer Use

 Hedge Against the Dollar

 Known and Fixed Scarcity

 Potential Massive Growth



TOUZI CAPITAL

EXHIBIT 8
Page 160

EXHIBIT 8
Page 161

# TOUZI MINING SCALE ADVANTAGES

7

**Hardware Procured at Wholesale Price on Bulk Purchases**

# 30%

**Off Retail Pricing**

**Low Cost Fixed Energy Contract Near Renewable Power**

# 50%

**Off Consumer Cost**

## Low Hardware Costs + Low Energy Costs = Efficient Bitcoin Production

TOUZI CAPITAL

EXHIBIT 8
Page 162

# CASH FLOW & TAX BENEFITS

8

## CASH FLOW



Monthly distributions just like real estate and dividends can be provided in USD or Bitcoin

## TAX BENEFITS



Year one full bonus depreciation on **90%** of investment basis



EXHIBIT 8
Page 163

9

# STRONG POTENTIAL RETURNS

IF ₿ @ $500K → 128% IRR → 13.1X ROI

IF ₿ @ $293K → 108% IRR → 8.4X ROI

IF ₿ @ $50K → 22% IRR → 1.4X ROI

Return Scenarios Given ₿ Price Targets

*IRR not including depreciation benefits. If including depreciation benefits at 40% Federal tax rate, $50k BTC price scenario would yield 48% IRR

TOUZI CAPITAL

EXHIBIT 8
Page 164

# CASH FLOW PROJECTIONS

**10**

| Example Returns on $100K Investment at $50k BTC price going to $293k in 5 years | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mo. 1 | Mo. 2 | Mo. 3 | Mo. 4 | Mo. 5 | Mo. 6 | Mo. 7 | Mo. 8 | Mo. 9 | Mo. 10 | Mo. 11 | Mo. 12 |
| % Profit Return | 10.2% | 10.2% | 10.1% | 9.9% | 9.7% | 9.7% | 9.6% | 9.6% | 9.7% | 9.8% | 5.7% | 5.5% |

| | Yr. 1 | Yr. 2 | Yr. 3 | Yr. 4 | Yr. 5 |
|---|---|---|---|---|---|
| % Profit Return | 110% | 68% | 50% | 42% | 68% |

Returns Net to Investors & Not Including Depreciation Benefit



EXHIBIT 8
Page 165

# LOW COST OF MINING

11



1 ₿ = $8,155

Current cost to mine 1 bitcoin after paying for all operational expenses.

TOUZI CAPITAL

EXHIBIT 8
Page 166

# INVESTMENT TERMS

12

## 5+ YEARS OF MINING

## RETURN OF CAPITAL WITHIN 10-15 MONTHS

## MONTHLY DISTRIBUTIONS IN USD OR BTC

## 90/10 SPLIT DURING RETURN OF CAPITAL

## 50/50 PROFIT SHARE AFTER RETURN OF CAPITAL

TOUZI CAPITAL

EXHIBIT 8
Page 167



EXHIBIT 8
Page 168



EXHIBIT 8
Page 169

# CUTTING EDGE HARDWARE

**15**



The Bitmain AntMiner S19j's are among the **most efficient** and **most profitable** miners on the market today.

Touzi Capital acquired these through their partnership with Bitmain--a leading manufacturer of ASICs. Higher hashrate miners are becoming harder to engineer, resulting in longer lifespan of current miners.

**Bitcoin Mining Fund: 100 Petahash**
Bitmain Antminer S19j Pro
Release Date: 2021
Hash power:  Approx. 100 Terahash
Power Usage: 2950W



Safety and Quality



Built-In AI Chip



Simple Deployment



Easy Maintenance



Unique Reinforcement Design



EXHIBIT 8
Page 170

**16**

# IMMERSION COOLING TECHNOLOGY

**Bitcoin miners are essentially a computer**

**Computers get hot and run better under cooler temperatures**

**When mining in hot weather, the solution for most mining companies are to use fans, i.e. air-cooling**

**Immersion Cooling is a technology to immerse the miners in oil which results in significantly less heat production**

**Using Immersion produces a wide range of benefits and is the latest technological advancement in the space**



TOUZICAPITAL

EXHIBIT 8
Page 171

**17**

# IMMERSION COOLING ADVANTAGES

**Immersion** mining technology **protects miners from dust, environmental contaminants, high temperatures and vibration**, thus extending the life of the miners. Cooling with immersion also allows for **increase in hashrate of 30-40%** and thus **generating 30-40% more bitcoin-per-miner** versus typical air-cooled mining farms.

## DISTINCT ADVANTAGES OF IMMERSION COOLING TECHNOLOGY OVER TRADITIONAL MINING METHODS



Up to 50% longer miner lifespan

High efficiency and lower electricity costs

Increase in potential overclock speed of miners

Higher resale value of machines, less wear & tear

Maximize uptime and faster path to profitability



▲ TOUZICAPITAL

EXHIBIT 8
Page 172

**18**

# INFRASTRUCTURE HOSTING

**Touzi** will partner on a **low cost green energy facility** with **leading crypto service providers to** host our miners for the duration of the investment period

**On-site facility monitoring and repair of miners** helps to **maximize uptime percentage** which translates to more profits for investors

**Our hosting partner Elite Mining** deploys advanced proprietary **full immersion mining technology** with a **custom-designed mobile cooling solution**





TOUZI CAPITAL

EXHIBIT 8
Page 173

# LOCATION & POWER SOURCE

**19**



### PUEBLO, COLORADO
Source: Natural Gas Flares





### GREEN ENERGY EFFECT

We are able to capture energy from Natural Gas Flares that would otherwise be wasted and emitted into the environment



TOUZI CAPITAL

EXHIBIT 8
Page 174



EXHIBIT 8
Page 175



EXHIBIT 8
Page 176

# TOUZI MINING FUND

22

Experienced team and technical partners

Levered Investment into Bitcoin at a discount

Fast Return of Capital & High IRR

Great downside risk protection

**Contact for Additional Information**

Eng Taing
eng@touzicapital.com
www.TouziCapital.com

[Click for Bitcoin Mining FAQ](Click for Bitcoin Mining FAQ)

TOUZI CAPITAL

EXHIBIT 8
Page 177

# APPENDIX

TOUZICAPITAL

EXHIBIT 8
Page 178

# THE BITCOIN BASICS 

**24**

Bitcoin: a solution to the devaluation & centralized control of paper money supply

Bitcoin is a WORLDWIDE
digital money
which is NOT controlled
or centralized
by any government,
bank, location
or corporation



It is the miners' job to protect the network and validate transactions. For this, the miners get paid rewards.. in BITCOIN!

TOUZICAPITAL

EXHIBIT 8
Page 179

# THE BITCOIN BASICS

**25**

Limited Supply of 21 million Bitcoins forever

Easily Transferred Digitally around the World

Unstoppable by Governments, Banks & Corporations, *even if the Internet goes out*

Transfers Done by the Decentralized Blockchain






Miners around the world work to double-check the network.
And again, for this, the miners get paid rewards.. in BITCOIN!

TOUZI CAPITAL

EXHIBIT 8
Page 180

**26**

# BASICS ON BITCOIN MINING

The Bitcoin Network is run by miners.

    More miners = More safe & secure network
    This is what incentivizes to pay miners for their work.

Miners get paid twice:
    1. Verifying transactions
    2. Mining bitcoins (solving the "Rubik's cube" puzzle)



Economics of Bitcoin mining depend on the Bitcoin market price and the amount of computers mining on the Bitcoin network

More miners = more difficulty in hashrate (this measures the computer's power to "solve" the "Rubik's cube" in to letters & numbers. This takes 10 minutes on average to solve.

*Mining Revenue (MR) = [Block Reward Per Block + Transaction Fees Per Block] (x)*
    *6 (blocks per hour) (x) 24 (hours per day) (x) 31 (days per month) (x)*
    *[Hash Rate] / [Total Bitcoin Network Hash Rate] (x) [Bitcoin Price]*

*Mining Cost (MC) = [Cost of Electricity] (x) [Power Consumption Per Processor (kW)]*
    *(x) [Number of Processors] (x) 24 (hours per day) x 31 (days per month)*

*As the Bitcoin Price Increases = More miners means a more complex algorithm but same mining hash rate per miner = less coins per miner
*As the Bitcoin Price Decreases = Miners with highest cost of energy shut in = less miners means less complex algorithm = more coins per miner

△ TOUZI CAPITAL

EXHIBIT 8
Page 181