# EXHIBIT 9

EXHIBIT 9
Page 182



# Private Equity Consumer Credit PECC Fund III

EXHIBIT 9
Page 183

2

# CONTENTS

03 | Confidentiality & Disclaimer
04 | Investment Overview
06 | Investment Terms
08 | How It Works
09 | How Investors Have Used It
12 | Investment Summary



TOUZICAPITAL

EXHIBIT 9
Page 184

# CONFIDENTIALITY & DISCLAIMER

3

This Investment Offering Memorandum ("Confidential Memorandum") has been prepared by Touzi Capital, LLC ("Touzi Capital") and is being furnished to you solely for the purpose of your review of the private equity consumer credit fund("the Investment"). The material contained in this Offering Memorandum shall be used for the purposes of evaluating the Investment as an investment opportunity exclusively by the individual in direct receipt from Sponsor and shall not be used for any other purpose or made available to any other person without the express written consent of Touzi Capital.

By accepting the Confidential Memorandum, you acknowledge and agree that: (1) all of the information contained herein and any other information you will be receiving in connection with this transaction, whether oral, written or in any other form (collectively, the "Materials"), is confidential; (2) you will not reproduce or forward the Confidential Memorandum in whole or in part; (3) if you do not wish to pursue this matter, you will destroy this Confidential Memorandum as soon as practicable together with all other Materials relating to the Investment which you may have received from Touzi Capital; and (4) any proposed actions by you which are inconsistent in any manner with the foregoing agreements will require the prior written consent of Touzi Capital.

This Confidential Memorandum has been prepared by Touzi Capital, based upon certain information pertaining to the Investment and any information obtained from Touzi Capital to assist interested parties in making their own evaluation of the Investment is offered on a no representation or warranty basis. The material and transaction does not purport to be all inclusive. This Confidential Memorandum contains descriptive materials, financial information and other data compiled for the convenience of parties interested in the Investment. The Materials are being delivered by Touzi Capital to prospective investors with the understanding that it is not all inclusive and that it is qualified in its entirety by independent investigation by prospective investors of those matters which they deem appropriate in evaluating this offering without reliance upon Touzi Capital or any of their respective affiliates or any of the information set out in the Materials. Neither Touzi Capital nor any of their respective affiliates have independently verified any of the information contained herein or in any of the Materials, and no representations or warranties as to the accuracy or completeness thereof or of any other kind whatsoever are made or intended and none should be inferred. Touzi Capital, for itself and its affiliates, expressly disclaims any and all liability for statements or representations, express or implied, contained herein or for omissions from the Materials or for any other written, oral or other format of communication transmitted to a prospective investor in the course of its evaluation of the proposed transaction. All summaries and discussions of documentation and/or financial information contained herein are qualified in their entirety by reference to the actual documents and/or financial statements, which upon request may be made available. The terms and conditions described herein are subject to change without notice.

This Confidential Memorandum does not constitute an offer to accept any investment but is merely provided for informational purposes only to known parties to gauge interest with respect to the investment described herein. The Confidential Memorandum does not constitute an offer of security. The investment described herein may be financed or withdrawn from the market, without prior notice. By accepting this Confidential Memorandum you agree to release Touzi Capital and hold it harmless from any kind of claim, expense, or liability arising out of your discovery or investment of the Investment. Touzi Capital reserves the right to request the return of the Materials at any time.



EXHIBIT 9
Page 185

# INVESTMENT OVERVIEW

**4**

Touzi Capital is pleased to offer the opportunity to invest in its third Private Equity Consumer Credit fund, the PECC Fund III. The Private Equity Consumer Credit (PECC) Fund invests in proven businesses that help consumers with credit management.  These businesses provide services that help resolve consumer credit. They leverage legal practices to reduce significant amounts of predatory lending in exchange for a fraction of their settlement.



TOUZICAPITAL

EXHIBIT 9
Page 186

# PECC JOURNEY

5

**2020**

PECC I -  Launched First PECC Fund with 14 Investors in 2020

Outgrew main offices and moved operations in Southern California

PECC II - Launched Second PECC Fund with 98 Investors in 2021

**2021**

Opened Second Call Center Facility in Florida

PECC I - Went full cycle for investors

Opened Third Call Center Facility in Philippines

Partnering with larger Settlement companies for Client Acquisition

**2022**

PECC III - Launching Third Fund, with larger scale and reduced risk

TOUZICAPITAL

EXHIBIT 9
Page 187

# INVESTMENT TERMS

6

**Cash Flow:**  Monthly cash flow starting the following month at 9% annualized return.

**Anniversary Bonus:**  If held for 12 months, bonus 1% provided: Total 10% annual returns

**Very Liquid:**  With 30 days notice, allowed to pull capital out at **any time**

**Tax Advantaged:**   Preferred Dividends which is taxed at Long Term Capital Gains Rate

**Investment Window:**  March - May (3 months) after which it would close

**Term of Investment:**  12 months

**Investment Minimum:**  $25,000   (previous average investor has been $200k+)

TOUZICAPITAL

EXHIBIT 9
Page 188

# STRUCTURE OF INVESTMENT

7

PECC FUND LLC

PECC CORP

Investors invest in PECC FUND which purchases preferred equity shares of PECC CORP

PECC CORP provides monthly preferred dividends of 9% to PECC FUND III

## TAX ADVANTAGED DIVIDENDS

**10% Returns w/ Long Term Capital Gains Rate
= ~14% Returns taxed at Ordinary Income Rate**
(depending on your long term capital gains rate & ordinary income rate)

TOUZICAPITAL

EXHIBIT 9
Page 189

# HOW IT WORKS

8

## Example client for PECC









**Client has Debt of $50k.**

**Client reaches out to call centers to see if the program fits in reducing their debt.**

**Call center support team identify if their debt is associated with major debts like Capital One where there is an existing relationship with so we can easily negotiate their debt much lower.**

**The clients go on payment plan to pay back $20k over 2-3 years while also counseling them and rehabbing their credit.**

**PECC purchases finances acquisitions and operations for a payment stream on the consumer debt.**



EXHIBIT 9
Page 190

# HOW INVESTORS HAVE USED IT - P1

9

### The Home Buyer

One investor knew they'd be in the market for a new home in the next few months. They were looking for a short term investment to hold some of their funds while putting their capital to work and PECC II fit these goals perfectly. This investor held his funds in PECC II for only 3 months but made $9,000 over that period!





EXHIBIT 9
Page 191

**10**

# HOW INVESTORS HAVE USED IT - P2

**The 'What's next' investor**

Several investors have learned that the PECC fund is an excellent place to hold their funds while waiting for the next Touzi deal that fits their investment needs. It's simple for us to shift funds from PECC over to another investment at an investors request. Investors have used this method to shift funds to a number of our past investment offerings.



**TOUZI**CAPITAL

**Maple Haven**

Atlanta, GA

Multifamily | Private Offering

**TOUZI**CAPITAL

**BITCOIN MINING FUND IV**
&
**DATA CENTER INCOME FUND**

'Home Base'

**TOUZI**CAPITAL

**Missouri Growth Fund III**

Premier Assisted Living and Memory Care

**TOUZI**CAPITAL

EXHIBIT 9
Page 192

**11**

# HOW INVESTORS HAVE USED IT - P3

**The 'High Yield Savings' investor**

The PECC fund is a very stable and predictable investment and due to its highly liquid nature, a number of our investors treat it as an alternative a high yield savings account where interest rates are typically less than .5% annually.



TOUZI CAPITAL

EXHIBIT 9
Page 193

# INVESTMENT SUMMARY

**12**









| Monthly Dividends | Annual Return | Optional Liquidity | Hold Time |
| --- | --- | --- | --- |
| Investors receive 0.75% a month every month starting the first month of their investment. | 10% Annualized Return of profits with no associated acquisition or asset management fees. | Investors may capitalize out their position given 30 day lead time. | One year term for which investors who remain in for the full term will receive an additional 1%. |

**TOUZI**CAPITAL

EXHIBIT 9
Page 194