DANIEL O. BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
JASMINE M. STARR (Cal. Bar No. 259473)
Email: starrja@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent W. Wilner, Associate Director
Stephen T. Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ENG TAING AND TOUZI CAPITAL, LLC,<br><br>    Defendants. | CASE NO. 3:24-cv-02179-CAB-BJW<br><br>**JOINT MOTION REGARDING MOTION BRIEFING AND CASE SCHEDULE** |

Pursuant to Civil Local Rule 7.2 of the United States District Court for the Southern District of California, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Eng Taing and Touzi Capital, LLC (collectively, "Defendants") hereby submit this joint motion to amend the Scheduling Order (ECF No. 52) and the briefing schedule for Defendants' pending Motion for Partial Judgment on the Pleadings (ECF 53).

The parties are currently engaged in settlement discussions.  In order to facilitate those discussions, the parties wish to extend the due dates for the opposition and reply briefs for Defendants' pending Motion for Partial Judgment on the Pleadings by four weeks and five weeks, respectively.  In addition, the SEC has noticed three depositions for early February, and has four pending sets of discovery requests.  The parties are also preparing to serve deposition subpoenas on several third parties starting in mid-February.  To facilitate settlement discussions and potentially avoid the expense of these depositions and other discovery, the parties would like to extend the discovery cut-off and other case deadlines as outlined below.

In light of the parties pending settlement discussions, the parties propose extending the motion briefing and hearing schedule, and all case deadlines and dates as follows:

REVISED MOTION BRIEFING SCHEDULE

| **Case Event** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| SEC Opposition | February 6, 2026 | March 6, 2026 |
| Defendants' Reply | February 13, 2026 | March 20, 2026 |
| Hearing, if Ordered | February 20, 2026 | March 27, 2026 |

REVISED CASE SCHEDULING DEADLINES AND DATES

| **Case Event** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Close of Fact Discovery | March 2, 2026 | March 31, 2026 |
| Mandatory Settlement Conference | March 13, 2026, at 9:30 AM before | April 14, 2026, at 9:30 AM before |

| Case Event | Current Date | Proposed Date |
|---|---|---|
| | Magistrate Judge Brian J. White | Magistrate Judge Brian J. White |
| Designation of Experts | April 2, 2026 | May 1, 2026 |
| Designation of Rebuttal Experts | April 16, 2026 | May 15, 2026 |
| Compliance with Disclosure Provisions in Fed. R. Civ. P. 26(a)(2)(A) and (B). | May 18, 2026 | June 16, 2026 |
| Supplemental Disclosure Regarding Contradictory or Rebuttal Evidence under Fed. R. Civ. P. 26(a)(2)(D) and 26(e) | June 3, 2026 | June 30, 2026 |
| Close of Expert Discovery | July 3, 2026 | August 14, 2026 |
| Deadline for filing all pre-trial motions, other than Daubert motions, motions to amend or join parties, or motions in limine | August 7, 2026 | September 14, 2026 |
| Deadline for filing Daubert motions | August 7, 2026 | September 14, 2026 |
| Compliance with pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) | November 13, 2026 | December 18, 2026 |
| Deadline to meet and confer and prepare a proposed pretrial order | November 20, 2026 | January 8, 2027 |
| Deadline for Plaintiff to provide opposing counsel with the proposed pretrial order | December 4, 2026 | January 15, 2027 |
| Deadline to serve and lodge Proposed Final Pretrial Conference Order with assigned district judge's chambers | December 11, 2026 | January 22, 2027 |
| Final Pretrial Conference | December 18, 2026, at 2:00 PM before District Judge Cathy Ann Bencivengo | January 29, 2027, at 2:00 PM before District Judge Cathy Ann Bencivengo |
| Trial | January 25, 2027, at 8:45 AM | March 1, 2027, at 8:45 AM |

The SEC and Defendants respectfully request this Court enter an order to modify the existing Scheduling Order and enter a briefing schedule on the pending motion consistent with this joint motion.

DATED:  January 30, 2026          SECURITIES AND EXCHANGE COMMISSION


By:  /s/  Ruth C. Pinkel
         DANIEL O. BLAU
         RUTH PINKEL
         JASMINE M. STARR

*Attorneys for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION


DATED:  January 30, 2026          PAUL HASTINGS LLP


By:  /s/  Kenneth P. Herzinger
         KENNETH P. HERZINGER
         KELSEY R. MCQUILKIN

*Attorneys for Defendants*
ENG TAING and TOUZI CAPITAL, LLC


## ELECTRONIC SIGNATURE CERTIFICATION

I, Ruth C. Pinkel, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

DATED: January_30, 2026          /s/     Ruth C. Pinkel
                                               Ruth C. Pinkel

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 30, 2026, I caused to be served the document entitled **JOINT MOTION REGARDING MOTION BRIEFING AND CASE SCHEDULE** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 30, 2026        /s/ Ruth C. Pinkel
                              Ruth C. Pinkel

*SEC v. Eng Taing and Touzi Capital, LLC*
**United States District Court—Southern District of California**
**Case No. 3:24-cv-02179-CAB-VET**

# SERVICE LIST

Kenneth P. Herzinger, Esq.
Kelsey McQuilkin, Esq.
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Email: kennethherzinger@paulhastings.com
Email: kelseymcquilkin@paulhastings.com
*Attorneys for Defendants Eng Taing and Touzi Capital, LLC*

Adam Fee, Esq.
Paul Hastings LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Email: adamfee@paulhastings.com
*Attorney for Defendants Eng Taing and Touzi Capital, LLC*