UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>ENG TAING and TOUZI CAPITAL, LLC,<br><br>                      Defendants. | Case No.: 24-CV-02179-CAB-BJW<br><br>**ORDER GRANTING JOINT MOTION REGARDING MOTION BRIEFING AND CASE SCHEDULE** |

    Before the Court is the parties' Joint Motion Regarding Motion Briefing and Case Schedule, ECF No. 52. The parties seek to extend case management dates and deadlines by approximately five weeks. *Id.* They state that they are currently engaged in settlement discussions and that the extension of these deadlines will facilitate those discussions. *Id.* at 2. The parties note that the SEC has noticed three depositions for early February and that it has four discovery requests pending. *Id.* They argue that the extension could serve to avoid discovery costs. *Id.*

Federal Rule of Civil Procedure 16(b)(4)'s "good cause" standard to amend a schedule "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Finding sufficient diligence and good cause for the extensions requested here, the Court GRANTS the parties' joint motion. The updated dates and deadlines are listed below.

## MOTION BRIEFING SCHEDULE

| Event | Previous Date | Updated Date |
|---|---|---|
| SEC Opposition | February 6, 2026 | March 6, 2026 |
| Defendants' Reply | February 13, 2026 | March 20, 2026 |
| Hearing, if Ordered | February 20, 2026 | March 27, 2026 |

## REVISED CASE SCHEDULING DEADLINES AND DATES

| Event | Previous Date | Updated Date |
|---|---|---|
| Close of Fact Discovery | March 2, 2026 | March 31, 2026 |
| Mandatory Settlement Conference | March 13, 2026, at 9:30 AM before Magistrate Judge Brian J. White | **April 14, 2026, at 2:00 PM before Magistrate Judge Brian J. White** |
| Designation of Experts | April 2, 2026 | May 1, 2026 |
| Designation of Rebuttal Experts | April 16, 2026 | May 15, 2026 |
| Compliance with Disclosure Provisions in Fed. R. Civ. P. 26(a)(2)(A) and (B). | May 18, 2026 | June 16, 2026 |
| Supplemental Disclosure Regarding Contradictory or Rebuttal Evidence under Fed. R. Civ. P. 26(a)(2)(D) and 26(e) | June 3, 2026 | June 30, 2026 |
| Close of Expert Discovery | July 3, 2026 | August 14, 2026 |
| Deadline for filing all pre-trial motions, other than *Daubert* motions, motions to amend or join parties, or motions *in limine* | August 7, 2026 | September 14, 2026 |
| Deadline for filing *Daubert* motions | August 7, 2026 | September 14, 2026 |

| Event | Previous Date | Updated Date |
|---|---|---|
| Compliance with pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) | November 13, 2026 | December 18, 2026 |
| Deadline to meet and confer and prepare a proposed pretrial order | November 20, 2026 | January 8, 2027 |
| Deadline for Plaintiff to provide opposing counsel with the proposed pretrial order | December 4, 2026 | January 15, 2027 |
| Deadline to serve and lodge Proposed Final Pretrial Conference Order with assigned district judge's chambers | December 11, 2026 | January 22, 2027 |
| Final Pretrial Conference | December 18, 2026, at 2:00 PM before District Judge Cathy Ann Bencivengo | **January 29, 2027, at 2:00 PM before District Judge Cathy Ann Bencivengo** |
| Trial | January 25, 2027, at 8:45 AM | **March 1, 2027, at 8:45 AM before District Judge Cathy Ann Bencivengo** |

**IT IS SO ORDERED.**

Dated: February 4, 2026.

Hon. Brian J. White
United States Magistrate Judge