| | |
|---|---|
| 1 | Kenneth P. Herzinger (SBN 209688) |
| 2 | Kelsey R. McQuilkin (SBN 340288) |
|   | PAUL HASTINGS LLP |
| 3 | 101 California Street, 48th Floor |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 856-7000 |
| 5 | Facsimile: (415) 856-7100 |
| 6 | kennethherzinger@paulhastings.com |
|   | kelseymcquilkin@paulhastings.com |
| 7 | |
| 8 | |
| 9 | *Attorneys for Defendants* |
|   | ENG TAING and TOUZI CAPITAL, LLC |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:24-cv-2179-CAB-BJW |
|---|---|
| Plaintiff, | **JOINT MOTION REGARDING MOTION BRIEFING SCHEDULE** |
| vs. | |
| ENG TAING AND TOUZI CAPITAL, LLC, | |
| Defendants. | |

Pursuant to Civil Local Rule 7.2 of the United States District Court for the Southern District of California, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Eng Taing and Touzi Capital, LLC (collectively, "Defendants") hereby submit this joint motion to amend the briefing schedule for Defendants' pending Motion for Partial Judgment on the Pleadings (ECF 53).

The parties are engaged in continued settlement discussions and making meaningful progress towards a resolution.  In order to facilitate those discussions, and in the interest of judicial economy, the parties wish to extend the due dates for the opposition and reply briefs for Defendants' pending Motion for Partial Judgment on the Pleadings as outlined below.

In light of the parties' ongoing settlement discussions, the parties propose extending the motion briefing schedule as follows:

REVISED MOTION BRIEFING SCHEDULE

| Case Event | Current Date | Proposed Date |
| --- | --- | --- |
| SEC Opposition | March 6, 2026 | March 20, 2026 |
| Defendants' Reply | March 20, 2026 | April 3, 2026 |
| Hearing, if Ordered | March 27, 2026 | April 10, 2026 |

The SEC and Defendants respectfully request this Court enter an order to modify the existing briefing schedule on the pending motion consistent with this joint motion.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 26, 2026 | PAUL HASTINGS LLP |
| 3 | | |
| 4 | | By: */s/ Kenneth P. Herzinger* <br> KENNETH P. HERZINGER <br> KELSEY R. MCQUILKIN |
| 5 | | |
| 6 | | *Attorneys for Defendants* <br> ENG TAING and TOUZI CAPITAL, LLC |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | DATED: February 26, 2026 | SECURITIES AND EXCHANGE COMMISSION |
| 12 | | |
| 13 | | |
| 14 | | By: */s/ Ruth Pinkel* <br> DANIEL O. BLAU <br> RUTH PINKEL <br> JASMINE M. STARR |
| 15 | | |
| 16 | | *Attorneys for Plaintiff* <br> SECURITIES AND EXCHANGE COMMISSION |
| 17 | | |

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Kenneth P. Herzinger, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

DATED: February 26, 2026          */s/ Kenneth P. Herzinger*
                                                    Kenneth P. Herzinger

## CERTIFICATE OF SERVICE

I, Kenneth P. Herzinger, hereby certify that on February 26, 2026, I electronically filed the foregoing JOINT MOTION REGARDING MOTION BRIEFING SCHEDULE using the CM/ECF system, which will send notification to all counsel of record.

<u>/s/  Kenneth P. Herzinger</u>
Kenneth P. Herzinger
Attorney for Defendants
Eng Taing and Touzi Capital

PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
kennethherzinger@paulhastings.com