DANIEL O. BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
JASMINE M. STARR (Cal. Bar No. 259473)
Email: starrja@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent W. Wilner, Associate Director
Stephen T. Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

ENG TAING AND TOUZI CAPITAL, LLC,

Defendants.

CASE NO. 3:24-cv-02179-CAB-BJW

**JOINT MOTION REGARDING MOTION BRIEFING AND CASE SCHEDULE**

Pursuant to Civil Local Rule 7.2 of the United States District Court for the Southern District of California, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Eng Taing and Touzi Capital, LLC (collectively, "Defendants") hereby submit this joint motion to amend the Scheduling Order (ECF No. 52) and the briefing schedule for Defendants' pending Motion for Partial Judgment on the Pleadings ("Motion") (ECF 53).

The parties acknowledge that in extending the Motion briefing schedule, the Court previously informed the parties that it would be "unlikely to accommodate additional extension requests." ECF 57. However, the parties respectfully submit that there is good cause for this further extension as the parties have been diligently engaged in settlement discussions and further extending the schedule is in the interests of judicial economy and the current discovery cut-off is two weeks away. Since the parties' last request to extend the motion briefing schedule, filed on February 26, 2026 (ECF 56), Defendants have produced additional financial information to the SEC, which the SEC is in the process of reviewing. As reflected in the SEC's complaint, the allegations of which Defendants dispute, this undertaking is substantial, as this case involves allegations of solicitation of over $115 million in investments over a three-year period, with approximately two dozen entities, dozens of bank accounts, multiple credit cards, and thousands of bank and credit card transactions. Moreover, since the parties' last request for an extension of the briefing schedule, the parties have engaged in five productive meetings to discuss settlement.

Moreover, there is a Mandatory Settlement Conference scheduled for April 14, 2026, before Magistrate Judge White, which the parties are requesting to remain on that same date. The parties respectfully submit that it would be a more efficient use of their and the Court's time and resources if the parties could focus on attempting to reach an understanding and potential settlement in advance of the Settlement Conference and without judicial intervention.

Accordingly, for the good cause shown above, the parties respectfully request that the deadlines in this case be continued to the dates proposed below to allow the parties to continue settlement discussions that may resolve the need for the parties to continue litigating and would conserve judicial resources:

REVISED MOTION BRIEFING SCHEDULE

| **Case Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| SEC Opposition | March 20, 2026 | April 28, 2026 |
| Defendants' Reply | April 3, 2026 | May 12, 2026 |
| Hearing, if Ordered | April 10, 2026 | May 19, 2026 |

REVISED CASE SCHEDULING DEADLINES AND DATES

| **Case Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Close of Fact Discovery | March 31, 2026 | May 29, 2026 |
| Mandatory Settlement Conference | April 14, 2026, at 2:00 PM before Magistrate Judge Brian J. White | April 14, 2026, at 2:00 PM before Magistrate Judge Brian J. White |
| Designation of Experts | May 1, 2026 | June 29, 2026 |
| Designation of Rebuttal Experts | May 15, 2026 | July 13, 2026 |
| Compliance with Disclosure Provisions in Fed. R. Civ. P. 26(a)(2)(A) and (B). | June 16, 2026 | August 13, 2026 |
| Supplemental Disclosure Regarding Contradictory or Rebuttal Evidence under Fed. R. Civ. P. 26(a)(2)(D) and 26(e) | June 30, 2026 | August 27, 2026 |
| Close of Expert Discovery | August 14, 2026 | September 25, 2026 |
| Deadline for filing all pre-trial motions, other than Daubert motions, motions to amend or join parties, or motions in limine | September 14, 2026 | October 30, 2026 |
| Deadline for filing Daubert motions | September 14, 2026 | October 30, 2026 |
| Compliance with pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) | December 18, 2026 | January 29, 2027 |

| **Case Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Deadline to meet and confer and prepare a proposed pretrial order | January 8, 2027 | February 5, 2027 |
| Deadline for Plaintiff to provide opposing counsel with the proposed pretrial order | January 15, 2027 | February 12, 2027 |
| Deadline to serve and lodge Proposed Final Pretrial Conference Order with assigned district judge's chambers | January 22, 2027 | February 19, 2027 |
| Final Pretrial Conference | January 29, 2027, at 2:00 PM before District Judge Cathy Ann Bencivengo | February 26, 2027, at 2:00 PM before District Judge Cathy Ann Bencivengo |
| Trial | March 1, 2027, at 8:45 AM | March 29, 2027, at 8:45 AM |

The SEC and Defendants respectfully request this Court enter an order to modify the existing Scheduling Order and enter a briefing schedule on the pending motion consistent with this joint motion.

DATED: March 13, 2026

SECURITIES AND EXCHANGE COMMISSION

By: */s/ Ruth C. Pinkel*
DANIEL O. BLAU
RUTH PINKEL
JASMINE M. STARR

*Attorneys for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION

DATED: March 13, 2026

PAUL HASTINGS LLP

By: */s/ Kenneth P. Herzinger*
KENNETH P. HERZINGER
KELSEY R. MCQUILKIN

*Attorneys for Defendants*
ENG TAING and TOUZI CAPITAL, LLC

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Ruth C. Pinkel, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

DATED: March 13, 2026

*/s/ Ruth C. Pinkel*
Ruth C. Pinkel

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 13, 2026, I caused to be served the document entitled **JOINT MOTION REGARDING MOTION BRIEFING AND CASE SCHEDULE** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 13, 2026

*/s/ Ruth C. Pinkel*
Ruth C. Pinkel

***SEC v. Eng Taing and Touzi Capital, LLC***
**United States District Court—Southern District of California**
**Case No. 3:24-cv-02179-CAB-VET**

## SERVICE LIST

Kenneth P. Herzinger, Esq.
Kelsey McQuilkin, Esq.
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Email: kennethherzinger@paulhastings.com
Email: kelseymcquilkin@paulhastings.com
***Attorneys for Defendants Eng Taing and Touzi Capital, LLC***

Adam Fee, Esq.
Paul Hastings LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Email: adamfee@paulhastings.com
***Attorney for Defendants Eng Taing and Touzi Capital, LLC***