Kenneth P. Herzinger (SBN 209688)
Derek E. Wetmore (SBN 291600)
Kelsey R. McQuilkin (SBN 340288)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
kennethherzinger@paulhastings.com
derekwetmore@paulhastings.com
kelseymcquilkin@paulhastings.com

*Attorneys for Defendants*
ENG TAING
and TOUZI CAPITAL, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      v.<br><br>ENG TAING AND TOUZI CAPITAL, LLC,<br><br>             Defendants. | CASE NO. 3:24-cv-2179-CAB-BJW<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Courtroom: 15A<br>Judge: Hon. Cathy Ann Bencivengo |

PLEASE TAKE NOTICE that Derek E. Wetmore of Paul Hastings LLP, hereby appears in this action on behalf of Defendants Eng Taing and Touzi Capital, LLC. He is admitted to practice in the United States District Court, Southern District of California. All papers in this action should be served upon the undersigned at the address below.

Dated: March 13, 2026

Respectfully submitted,

BY:  /s/ Derek E. Wetmore

Derek E. Wetmore
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
derekwetmore@paulhastings.com

*Attorneys for Defendants*
ENG TAING
and TOUZI CAPITAL, LLC