

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ENG TAING and TOUZI CAPITAL, LLC, <br><br> Defendants. | Case No.:  24-CV-02179-CAB-BJW <br><br> **ORDER ON JOINT MOTION REGARDING MOTION BRIEFING AND CASE SCHEDULE** <br><br> [ECF No. 58] |

Before the Court is the parties' Joint Motion Regarding Motion Briefing Schedule and Case Schedule. (ECF No. 58). The parties seek to extend the motion briefing schedule and the case management deadlines. *Id.* This request represents the fourth time that the parties have moved to extend motion briefing or case deadlines. (*See* ECF Nos. 51, 54, 56, 58). While the Court recognizes that the parties are working towards a potential settlement as briefing and discovery deadlines loom, the Court has already extended these deadlines multiple times. (*See* ECF No. 58 at 2–3; ECF Nos. 52, 55, 57). Additionally, as the parties acknowledge, the Court stated in its last such order that it was "unlikely to accommodate additional extension requests." (ECF No. 57). That said, to

24-CV-02179-CAB-BJW

facilitate substantive briefing and the exchange of final fact discovery, the Court will allow a limited extension.

The Court **ORDERS** the following limited extension to only the briefing schedule and fact discovery deadline:

### MOTION BRIEFING SCHEDULE

| Case Event | Current Date | Updated Date |
|---|---|---|
| SEC Opposition | March 20, 2026 | April 3, 2026 |
| Defendants' Reply | April 3, 2026 | April 17, 2026 |
| Hearing, if Ordered | April 10, 2026 | April 24, 2026 |

### CASE SCHEDULING DEADLINES AND DATES

| Case Event | Current Date | Updated Date |
|---|---|---|
| Close of Fact Discovery | March 31, 2026 | April 28, 2026 |

The Mandatory Settlement Conference remains set for **April 14, 2026,** at **2:00 PM** before Magistrate Judge Brian J. White. All other dates, deadlines, and requirements remain as previously set.

**IT IS SO ORDERED.**

Dated: March 18, 2026.

_____
Hon. Brian J. White
United States Magistrate Judge

2

24-CV-02179-CAB-BJW