DANIEL O. BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
JASMINE M. STARR (Cal. Bar No. 259473)
Email: starrja@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent W. Wilner, Associate Director
Stephen T. Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ENG TAING AND TOUZI CAPITAL, LLC,<br><br>                    Defendants. | CASE NO. 3:24-cv-02179-CAB-BJW<br><br>**JOINT MOTION TO VACATE MOTION BRIEFING AND CASE SCHEDULE DATES** |

Pursuant to Civil Local Rule 7.2 of the United States District Court for the Southern District of California, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Eng Taing and Touzi Capital, LLC (collectively, "Defendants") submit this joint motion to vacate the dates set forth in the Order On Joint Motion Regarding Motion Briefing And Case Schedule. (ECF 60).

As reflected in the simultaneously filed consents and proposed judgments, the parties have resolved liability in this matter. Therefore, the SEC and Defendants respectfully request this Court vacate the remaining dates for this case.

DATED: March 27, 2026

SECURITIES AND EXCHANGE COMMISSION

By: _/s/ Ruth C. Pinkel_
DANIEL O. BLAU
RUTH PINKEL
JASMINE M. STARR

*Attorneys for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION

DATED: March 27, 2026

PAUL HASTINGS LLP

By: _/s/ Kenneth P. Herzinger_
KENNETH P. HERZINGER
DEREK E. WETMORE
KELSEY R. MCQUILKIN

*Attorneys for Defendants*
ENG TAING and TOUZI CAPITAL, LLC

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Ruth C. Pinkel, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

DATED: March 27, 2026

/s/     *Ruth C. Pinkel*
Ruth C. Pinkel

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 27, 2026, I caused to be served the document entitled **JOINT MOTION TO VACATE MOTION BRIEFING AND CASE SCHEDULE DATES** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 27, 2026

*/s/ Ruth C. Pinkel*
Ruth C. Pinkel

*SEC v. Eng Taing and Touzi Capital, LLC*
**United States District Court—Southern District of California**
**Case No. 3:24-cv-02179-CAB-BJW**

## SERVICE LIST

Kenneth P. Herzinger, Esq.
Derek E. Wetmore, Esq.
Kelsey McQuilkin, Esq.
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Email: kennethherzinger@paulhastings.com
Email: derekwetmore@paulhastings.com
Email: kelseymcquilkin@paulhastings.com
***Attorneys for Defendants Eng Taing and Touzi Capital, LLC***