UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ENG TAING and TOUZI CAPITAL, LLC,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:24-cv-2179-CAB-VET<br><br>**ORDER:**<br>**(1) GRANTING MOTIONS TO APPROVE CONSENT JUDGMENT [Doc. Nos. 61–62]; and**<br><br>**(2) DENYING AS MOOT MOTION FOR JUDGMENT ON THE PLEADINGS [Doc. No. 53].** |

Plaintiff Securities and Exchange Commission has filed two Motions to Approve Consent Judgments as to Defendants Eng Taing and Touzi Capital, LLC. [Doc. Nos. 61–62.] The Court **GRANTS** the Motions. <u>The Clerk of the Court shall enter the consent judgments on the docket and close the case.</u> The Court also **DENIES AS MOOT** the pending Motion for Judgment on the Pleadings. [Doc. No. 53.]

It is **SO ORDERED**.

Dated: April 13, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1